IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEREMY PINSON,** | : | |
| Plaintiff | : | CIVIL NO. 1:17-CV-00178 |
| vs. | : | |
| **UNITED STATES,** | : | (Judge Rambo) |
| Defendant | : | |

ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Pinson's motion for leave to proceed <u>in forma pauperis</u> (Doc. 2.) is **DENIED**.

2. Pinson's complaint is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g).

3. The Clerk of Court shall **CLOSE** the above-captioned case.

4. Any appeals from this order will be deemed

frivolous, not taken in good faith and lacking probable cause.

                               s/Sylvia H. Rambo
                               SYLVIA H. RAMBO
                               United States District Judge

February 7, 2017